UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA HANSEN** | **CIVIL ACTION NO.: 3:21-CV-04064** |
| **VS.** | **JUDGE TERRY A. DOUGHTY** |
| **TERRAL RIVERSERVICE, INC.** | **MAGISTRATE JUDGE KAYLA D. McCLUSKY** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Defendant Terral River Service, Inc, through counsel, pursuant to F.R.C.P. 7.1(a) and this Court's Order, provides the following Corporate Disclosure Statement:

Terral River Service, Inc., does not have a parent corporation, and is not owned, in any amount, by any publicly held corporation.

Respectfully submitted,

*/s/ Michael T. Amy*
Joseph A. Devall (#29149)
Michael T. Amy (#35626)
**HALE DEVALL, LLC**
400 Poydras Street
Suite 2107
New Orleans, LA 70130
Telephone: (504)576-0700
jdevall@haledevall.com
mamy@haledevall.com

and

Frank Thackston, Jr.
Heath S. Douglas
**Lake Tindall, LLP**
127 Poplar Street (38701)
P.O. Box 918
Greenville, MS 38702-0918
Phone: 662-378-2121
Facsimile: 662-378-2183

Email: fthackston@ltindall.com
Email: hdouglsas@ltindall.com
***(Pro Hac Vice Forthcoming)***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 5th day of January, 2022, I served the foregoing on all counsel of record by electronic transmission, facsimile, or by United States mail, postage prepaid.

*/s/ Michael T. Amy*
Michael T. Amy