UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| Joshua Hansen | Civil No.        3:21-CV-04064 |
| VS. | Judge   Doughty |
| Choose an item. | Magistrate Judge   McClusky |
| Terral Riverservice, Inc. | |

### RULE 26(f) CASE MANAGEMENT REPORT

A meeting of counsel (and any unrepresented parties) was held on January 17, 2022 by telephone. The following persons participated: [List all parties and their counsel, if any].

(A) J. Christopher Zainey, Jr. on behalf of Plaintiff, Joshua Hansen
(B) Frank Thackston on behalf of Defendant, Terral Riverservice, Inc.

1. **Initial Disclosures:**

    Initial Disclosures will be exchanged by the Parties on or before January 24, 2022, which is 7 days following the pre-requisite meeting of the Parties.

2. **Jurisdiction:**

    Jurisdiction of this matter is not in dispute.

3. **Joinder of Parties and Amendment of Pleadings:**

    A. The defendant in this matter has been served and has filed its Answer

    B. At the present time, it is not anticipated that pleadings will need to be amended or that any additional parties will need to be added. However, while discovery is in its initial stages, the parties wish to reserve the right to do same if necessary.

    C. As stated in (B) above, at the present time, it is not anticipated that pleadings will need to be amended or that any additional parties will need to be added.

4. **Related Cases:**

    There are no known related cases to this matter.

**5. Discovery Issues:**

    A. The parties do not anticipate any discovery disputes

    B. The Court's standard scheduling order regarding discovery should be fine

    C. This is not a legacy case

**6. Alternative Dispute Resolution:**

The parties are amenable to Alternate Dispute Resolution through mediation or settlement conference

**7. Trial by Magistrate Judge:**

The parties wish to proceed before the United States District Court Judge assigned to this matter.

| 1/17/2022 | /s/J. Christopher Zainey, Jr., Esq. |
|---|---|
| | Counsel for Plaintiff |
| (Date) | (Signature and Party Represented) |

| 1/17/2022 | /s/Frank Thackston, Jr., Esq. |
|---|---|
| | Counsel for Terral Riverservice, Inc. |
| (Date) | (Signature and Party Represented) |

| | |
|---|---|
| (Date) | (Signature and Party Represented) |

| | |
|---|---|
| (Date) | (Signature and Party Represented) |